UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE R. HURTER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. C09-5617RBL-KLS<br><br>ORDER |

　　The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation[Dkt. #17], and the remaining record, does hereby find and ORDER:

　(1)　the Court adopts the Report and Recommendation;

　(2)　the ALJ erred in her decision as described in the Report and Recommendation;

　(3)　the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

　(4)　the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 30th day of August, 2010.

　　　　　　　　　　　　　　　/s/ Ronald B. Leighton
　　　　　　　　　　　　　　　RONALD B. LEIGHTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1