# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHELLE R. HURTER,

      v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5617RBL-KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    the Court adopts the Report and Recommendation;

(2)    the ALJ erred in her decision as described in the Report and Recommendation; and

(3)    the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings;

| September 1, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                                  *s/ Mary Trent*
                                                                   Deputy Clerk